# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF KANSAS

VIRGINIA WILLIAMS,

        Plaintiff,

vs.

SYNCHRONY BANK,

        Defendant.

Case No.: 2:17-cv-02076-CM-GLR

## **JOINT MOTION TO EXTEND DISCOVERY**

Plaintiff Virginia Williams ("Plaintiff") and Defendant Synchrony Bank ("Defendant"), by their undersigned attorneys, respectfully move this Honorable Court to extend the discovery deadline sixty (60) days to March 31, 2018. In support thereof, the parties state:

1. Plaintiff filed her complaint on February 7, 2017. The parties currently have a discovery close of January 30, 2018.

2. The parties have exchanged formal and informal discovery.

3. Defendant filed its Motion to Compel Arbitration and Dismiss or Stay on November 6, 2017, and is awaiting the Court's ruling.

4. Plaintiff filed her Motion to Compel Discovery responses on November 13, 2017, and is awaiting the Court's ruling on this motion.

5. Defendant filed its Motion to Stay Discovery on November 27, 2017 and is awaiting the Court's ruling on this motion.

6. The parties do not believe that an extension of discovery deadline to March 31, 2018, will impact the trial date already set in the case and do not request a continuance of trial.

7. Currently, there is a dispositive motion deadline on February 28, 2018 and a pretrial conference scheduled for February 27, 2018.

8. The parties request that the dispositive motion deadline and pretrial conference date be continued for sixty (60) days as well.

9. This is the first request for an extension of discovery by either party.

WHEREFORE, for reasons set forth above, the parties respectfully request this Honorable Court extend discovery sixty (60) days, to March 31, 2018 and the dispositive motion deadline and pretrial conference date to the week of April 30, 2018.

RESPECTFULLY SUBMITTED,

Dated: January 18, 2018

**PRICE LAW GROUP, APC**

By: /s/ Mark D. Molner
Mark D. Molner, MO# 62189
111 W. 10th Street
Kansas City, MO 64105
P: 866-775-3515
F: 866-502-3515
E: mark@pricelawgroup.com
ATTORNEYS FOR PLAINTIFF
VIRGINIA WILLIAMS

And

- 2 -

By: *s/ Kate B. McKinney*
Kate Bohon McKinney, KS Bar # 19691
B. Scott Tschudy, KS Bar # 12129
MARTIN PRINGLE OLIVER
WALLACE & BAUER, LLP
9401 Indian Creek Parkway, Suite 1150
Overland Park, KS 66210
kbmckinney@martinpringle.com
913-491-5500 (p)
913-491-3341 (f)
ATTORNEYS FOR DEFENDANT
SYNCHRONY BANK